IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JUSTINA PICKENS**                                                                    **PLAINTIFF**

**V.**                              **CIVIL ACTION NO.: 3:21-cv-00141-NBB-JMV**

**VOLVO GROUP NORTH AMERICA, LLC**                            **DEFENDANT**

## ORDER

Pursuant to the Order [21], the parties are granted the following extensions: discovery is now due June 24, 2022 and *Daubert* and dispositive motions are due July 8, 2022.

**SO ORDERED** this, the 3rd day of May, 2022.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**